# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| JAMES WILSON McMEANS, JR. | ) | CASE NO. 18-82525-CRJ12 |
| | ) | CHAPTER 12 |
| DEBTOR. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Mark P. Williams hereby appears on behalf of Monsanto Company, a creditor and interested party in the above-styled bankruptcy proceeding, and requests that copies of all papers, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served upon the undersigned, at the address set forth below.

Mark P. Williams
NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
(205) 328-6643
(205) 251-5479 – Fax
E-mail:  mpwilliams@nwkt.com

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleadings, or claim shall not be deemed or construed to be a waiver of the rights of Monsanto Company:  (1) to have final orders in noncore matters entered only after de novo review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, defenses, setoffs, or

recoupment to which Monsanto Company is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Monsanto Company expressly reserves.

Respectfully submitted this the 30th day of October, 2018.

/s/Mark P. Williams
_____
Mark P. Williams, Attorney for
Monsanto Company

**OF COUNSEL:**

NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
(205) 328-6643

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2018 I filed the foregoing electronically; and that I have served a copy of the foregoing via the CM/ECF system which provides service to all counsel of record.

/s/Mark P. Williams
_____
OF COUNSEL

F:\BK\MonsantoCompany-McMeansJamesWilson,Jr.-8599\Pleadings-BK-18-82525\PL.001.NoticeofAppearance.doc

2