UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| JAMES WILSON McMEANS, JR. | ) | CASE NO. 18-82525-CRJ12 |
| | ) | CHAPTER 12 |
| DEBTOR. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Mark P. Williams, a member of the bar of this Court, moves for the admission *pro hac vice* of Brian W. Hockett who maintains an office at Thompson Coburn LLP, One US Bank Plaza, St. Louis, Missouri 63101 to represent Monsanto Company, a creditor and interested party in interest, in the above-captioned matter. The proposed admittee is admitted to practice and is in good standing in the United States Court of Appeals for the Seventh and Eighth Circuits; the United States District Courts for the Central, Northern and Southern Districts of Illinois; the United States District Court for the District of Kansas; the United States District Courts for the Eastern and Western Districts of Missouri; the United States District Court for the District of Wisconsin; and in the courts of the States of Illinois and Missouri. A Certificate of Good Standing for the proposed admittee is attached.

Respectfully submitted this the 30th day of October, 2018.

/s/Mark P. Williams
_____
Mark P. Williams, Attorney for
Monsanto Company

**OF COUNSEL:**

NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
(205) 328-6643

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2018 I filed the foregoing electronically; and that I have served a copy of the foregoing via the CM/ECF system which provides service to all counsel of record.

/s/Mark P. Williams
_____
OF COUNSEL

F:\BK\MonsantoCompany-McMeansJamesWilson,Jr.-8599\Pleadings-BK-18-82525\PL.002.MotionforAdmissionHockettProHacVice.doc