# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE: )
JAMES WILSON McMEANS, JR. ) CASE NO. 18-82525-CRJ12
) CHAPTER 12
DEBTOR. )

## CONSENT MOTION TO EXTEND TIME TO FILE PROOF OF CLAIM AND TO FILE NON-DISCHARGEABILITY ADVERSARY PROCEEDING

**COMES NOW** Monsanto Company, by and through its undersigned attorneys, ("Monsanto"), and for its Consent Motion to Extend Time to File Proof of Claim and to File Non-Dischargeability Adversary Proceeding (the "Motion") states as follows:

1. On August 24, 2018 (the "Petition Date"), James Wilson McMeans, Jr. ("Debtor") filed a voluntary petition for relief under Chapter 12 of the Bankruptcy Code.

2. On August 29, 2018, Michelle T. Hatcher (the "Trustee") was appointed Chapter 12 Trustee.

3. While the investigation into this matter is still ongoing, prior to the Petition Date, Monsanto believes that Debtor may have planted soybean seed saved from a prior harvest that contained Monsanto patented technologies and in doing so, Debtor infringed on Monsanto's patents.

4. Debtor did not list Monsanto as a creditor in the schedules originally filed in this case on September 7, 2018 (Dkt. Nos. 8-11), and Monsanto did not get the original notice of bankruptcy filing provided to creditors listed on the mailing matrix.

5. At the meeting with the Debtor regarding the unauthorized use of the saved soybean seed containing Monsanto patented technologies, Debtor mentioned to a representative of Monsanto that Debtor had filed for bankruptcy. Monsanto investigated and determined that

this bankruptcy case had, in fact, been filed, so outside counsel for Monsanto contacted Debtor's counsel and requested that Monsanto be added to the schedules. On October 22, 2018, Debtor filed an Amended Schedule E/F (Dkt. No. 26) listing Monsanto as a creditor in this bankruptcy case for the first time.

6. The deadline established for filing claims in this case is November 2, 2018.

7. The deadline established for filing a non-dischargeability action in this case is November 26, 2018.

8. Because Monsanto was neither included in the original schedules filed by Debtor nor notified of the bankruptcy filing until recently, Monsanto has not had sufficient time to thoroughly investigate its claims and the non-dischargeability of the claims that it has against Debtor before the deadlines established by the Court. Monsanto is still in the process of investigating its claim and the dischargeability of its claim, in order to potentially file a proof of claim and non-dischargeability action. Monsanto needs additional time to complete its investigation in order to determine whether to pursue these claims in this bankruptcy case.

9. Monsanto requests an additional 30 days to file a proof of claim to December 2 2018.

10. Monsanto also requests an additional 30 days to file a non-dischargeability action pursuant to 11 U.S.C. § 523 to December 27, 2019.

11. This is the first request for an extension of time filed by Monsanto in this case, and this requests is not being made to unnecessarily delay the proceedings herein.

12. Counsel for Monsanto consulted with counsel for Debtor regarding the relief requested herein, and Debtor does not object to the entry of an order extending those deadlines for Monsanto, provided that the parties will retain any and all rights and defenses with respect to

any proofs of claim filed by Monsanto and any non-dischargeability actions pursued by Monsanto.

**WHEREFORE,** Monsanto respectfully requests that this honorable court enter an order granting Monsanto until December 3, 2018 to file a proof of claim, granting Monsanto until December 27, 2018 to file a non-dischargeability action, and granting such other and further relief as is just and proper under the circumstances.

Respectfully submitted this the 30th day of October, 2018.

/s/Mark P. Williams
_____
Mark P. Williams, Attorney for
Monsanto Company

**OF COUNSEL:**

NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
(205) 328-6643

Brian Hockett (pro hac vice to be filed)
THOMPSON COBURN LLP
One U.S. Bank Plaza, Suite 2700
St. Louis, MO 63101
(314) 552-6461
bhockett@thompsoncoburn.com

The undersigned hereby consents to the relief requested in the Motion.

/s/Stuart M. Maples
_____
Stuart M. Maples, Attorney for
James Wilson McMeans, Jr.

**OF COUNSEL:**

MAPLES LAW FIRM, PC
200 Clinton Avenue W., Suite 1000
Huntsville, AL 35801
(256) 489-9779
smaples@mapleslawfirmpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2018 I filed the foregoing electronically; and that I have served a copy of the foregoing via the CM/ECF system which provides service to all counsel of record.

/s/Mark P. Williams

_____
OF COUNSEL