# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| JAMES WILSON MCMEANS, JR. | ) | CASE NO. 18-82525-CRJ-12 |
| | ) | |
| SSN XXX-XX-4589 | ) | |
| | ) | CHAPTER 12 |
| DEBTOR | ) | |

## TRUSTEE'S AMENDED OBJECTION TO DEBTOR'S
## CLAIM OF EXEMPTIONS

COMES NOW, Michele T. Hatcher, Chapter 12 Trustee, and objects to the Debtor's Claim of Exemptions and as grounds therefore states the following:

(X)     1. Debtor's Claim of Exemptions for personal property exceeds the amount of $7,750 per debtor allowed by §6-10-6, *Code of Ala.,* 1975.

( )     2. Debtor's Claim of Homestead Exemption exceeds the amount of $15,500 per debtor allowed by §6-10-2, *Code of Ala.,* 1975.

( )     3. Debtor claimed as exempt real estate which is not the Debtor's homestead under the laws of the State of Alabama.

( )     4. Debtors have claimed a homestead exemption on real estate that is not owned by the Debtors.

( )     5. Debtor claimed as exempt property under Section 522(b)(2) of the *Bankruptcy Code,* but the Debtor is limited to the exemptions authorized by the *Alabama Code* under Section 522(b)(2) of the *Bankruptcy Code*. See § 6-10-11, *Code of Ala.*, 1975.

(X)     6. Debtor claimed as exempt a 2001 Dodge Ram in the amount of $5,700 and Equipment in the amount of $55,400 under §6-10-126, *Code of Ala.,* 1975 which is not a permitted exemption in bankruptcy cases.

WHEREFORE, the Trustee respectfully requests the Court enter an order granting the Trustee's Amended Objection to Debtor's Claim of Exemptions as set forth in paragraphs one (1) and six (6) above.

RESPECTFULLY SUBMITTED this the 31st day of October, 2018.

/s/ Michele T. Hatcher
Michele T. Hatcher
Chapter 12 Trustee
P.O. Box 2382
Decatur, AL 35602
(256) 350-0442

CERTIFICATE OF SERVICE

I hereby certify that on October 31st, 2018, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

James Wilson McMeans, Jr.
205 Milton Rd
Athens AL 35611

Stuart M. Maples
Maples Law Firm PC
Attorney for Debtor
200 Clinton Ave W Ste 1000
Huntsville AL 35801

/s/ Michele T. Hatcher
Trustee