# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

IN RE:

JAMES WILSON MCMEANS, JR.    )    CASE NO.  18-82525-CRJ-12

    )

SSN XXX-XX-4589    )

    )    CHAPTER 12

    DEBTOR    )

## NOTICE OF WITHDRAWAL OF TRUSTEE'S
## AMENDED OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

COMES NOW, Michele T. Hatcher, Chapter 12 Trustee in the above styled case and

withdraws the Amended Objection to Debtor's Claim of Exemptions filed on October 31, 2018.

RESPECTFULLY SUBMITTED this the 5th day of November, 2018.

/s/ Michele T. Hatcher
Michele T. Hatcher
Chapter 12 Trustee
P.O. Box 2382
Decatur, AL 35602
(256) 350-0442

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2018, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

James Wilson McMeans, Jr.
205 Milton Rd
Athens AL 35611

Stuart M. Maples
Maples Law Firm PC
Attorney for Debtor
200 Clinton Ave W Ste 1000
Huntsville AL 35801

/s/ Michele T. Hatcher
Trustee