UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| IN RE: | § | BANKRUPTCY CASE |
|---|---|---|
| | § | |
| JAMES WILSON MCMEANS, JR., | § | CASE NO. 18-82525-CRJ12 |
| | § | |
| Debtor. | § | CHAPTER 12 |

## OBJECTION TO CONFIRMATION

COMES NOW, Carrington Mortgage Services, LLC, (hereinafter referred to as "Movant"), and objects to confirmation of the Debtor's Chapter 12 Plan and shows this Court as follows:

1.

JAMES WILSON MCMEANS, JR., (hereinafter referred to as "Debtor") filed a Chapter 12 bankruptcy on August 24, 2018. Movant holds a perfected security interest in the Debtor's real property located at 205 Milton Road, Athens, AL 35611 (hereinafter "Property"), by virtue of a Home Equity Line of Credit and a Deed of Trust.

2.

Movant has filed a proof of claim (Claim No. 10) reflecting a loan balance of $82,590.35, secured by the Property with pre-petition arrearage in the amount of $6,765.44.

3.

The Debtor's Chapter 12 Plan provides that Movant's claim will be paid at $545.06 per month for 240 months at 5.00% interest, with payments to be disbursed by the Trustee. The Plan makes no provision for ongoing adjustments to the payments or additional payments on this claim caused by changes in ongoing escrow disbursements or changes in taxes and insurance.

4.

Movant objects unless the Plan is amended to provide for ongoing escrow disbursements or, in the alternative, to provide for the payment of taxes and insurance through the Trustee.

5.

The proposed Chapter 12 Plan does not appear feasible based on the proposed payments to be made to the Chapter 12 Trustee.

—1—

WHEREFORE, Movant prays that the Debtor's Chapter 12 Plan be denied confirmation, and for such other and further relief as this Court deems just and appropriate.

RESPECTFULLY SUBMITTED this 12th day of December, 2018.

/s/robert j. solomon
ROBERT J. SOLOMON

For the Firm of
SOLOMON | BAGGETT, LLC
3763 Rogers Bridge Road
Duluth, GA 30097
Telephone: (678) 243-2515
Facsimile: (678) 243-2518
rsolomon@sb-law.com

−2−

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Objection to Confirmation upon the Debtor, JAMES WILSON MCMEANS, JR., 205 Milton Rd., Athens, AL 35611, by first class mail; upon the Debtor's attorney, STUART M MAPLES, Maples Law Firm, PC, 200 Clinton Avenue W., Suite 1000, Huntsville, AL 35801, and upon the Chapter 12 Trustee, MICHELE T. HATCHER, P.O. Box 2388, Decatur, AL 35602, electronically by ECF/CM delivery.

This 12th day of December, 2018.

/s/robert j. solomon
ROBERT J. SOLOMON

For the Firm of
SOLOMON | BAGGETT, LLC
3763 Rogers Bridge Road
Duluth, GA 30097
Telephone: (678) 243-2515
Facsimile: (678) 243-2518
rsolomon@sb-law.com