UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| JAMES WILSON McMEANS, JR. | ) | CASE NO. 18-82525-CRJ12 |
| | ) | CHAPTER 12 |
| DEBTOR. | ) | |

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

**COMES NOW** Monsanto Company, by and through its undersigned attorneys, ("Monsanto") and hereby moves this Honorable Court for leave for Brian W. Hockett to appear at the hearing currently set for December 19, 2018 at 10:00 a.m. (the "Hearing") by telephone. As grounds for this motion, movant shows this Honorable Court that Mr. Hockett is currently booked on a flight from St. Louis, Missouri to Huntsville, Alabama which is scheduled to depart at 5:50 p.m. today in order to attend the Hearing in person; however, Debtor filed his Motion to Continue Confirmation Hearing (Doc. 71) at 2:06 p.m. yesterday to which Monsanto consented per its Consent to Continuance of Confirmation Hearing (Doc. 72) at 2:53 p.m. yesterday. As of the filing of this motion, the Court has not ruled upon Debtor's motion seeking a continuance of the Hearing. Monsanto will have local counsel present at the Hearing in the event the Court denies Debtor's motion seeking a continuance of the Hearing.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays this Honorable Court to enter its Order permitting Mr. Hockett to appear at the Hearing by telephone in the event the Court denies Debtor's motion seeking a continuance of the Hearing. Movant requests such other, further, and different relief to which he may be entitled in the premises.

Respectfully submitted this the 18th day of December, 2018.

/s/Mark P. Williams
_____
Mark P. Williams, Attorney for
Monsanto Company

**OF COUNSEL:**

NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
(205) 328-6643

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of December, 2018 I filed the foregoing electronically; and that I have served a copy of the foregoing via the CM/ECF system which provides service to all counsel of record.

/s/Mark P. Williams
_____
OF COUNSEL

F:\BK\MonsantoCompany-McMeansJamesWilson,Jr.-8599\Pleadings-BK-18-82525\PL.003.MotionLeaveAppearByTelephone.doc