UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | } |
| James Wilson McMeans, Jr.<br>SSN: XXX-XX-4589 | } Case No. 18-82525-CRJ-12<br>} Chapter 12 |
| Debtor(s) | } |

## ORDER DENYING MOTION FOR LEAVE
## TO APPEAR BY TELEPHONE

This matter came before the Court on the following:

Motion by Counsel for Monsanto Company to Appear by Telephone at the Confirmation Hearing scheduled on December 19, 2018.

The Court having entered an Order Rescheduling the Confirmation Hearing to a later date, finds the motion is now moot. It is therefore **ORDERED, ADJUDGED** and **DECREED**

The Motion by Counsel for Monsanto Company to Appear by Telephone is hereby DENIED.

Dated this the 18th day of December, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge