UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN THE MATTER OF: )
James Wilson McMeans, Jr. ) CASE NO. 18-82525-CRJ-12
SSN: XXX-XX-4589 )
 ) CHAPTER 12
 DEBTOR )

## TRUSTEE'S MOTION TO DISMISS

COMES NOW, Michele T. Hatcher, the Trustee in the above styled case, and states:

1. The Debtor filed his petition for relief under Chapter 12 of the U.S. Bankruptcy Code on August 24, 2018 and his Third Amended Plan was confirmed on June 12, 2019.

2. Pursuant to the confirmed Plan, the Debtor was to commence paying annual installments to the Trustee on or by December 30, 2019. The Debtor has failed to remit the first annual installment.

2. The Debtor is delinquent $14,216.06 in Plan payments through December, 2019.

3. Counsel for the Debtor was awarded a fee in the amount of $34,000 which was to be paid direct by the Debtor to his Counsel.

WHEREFORE, the Trustee moves that the subject case be dismissed.

Done this 13th day of January, 2020.

/s/ Michele T. Hatcher
Michele T. Hatcher, Chapter 12 Trustee
PO Box 2382
Decatur, AL 35602
(256) 350-0442

CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

James Wilson McMeans, Jr.
205 Milton Rd.
Athens, AL 35611

Stuart M. Maples
Debtor's attorney
200 Clinton Ave. W, Ste 1000
Huntsville, AL. 35801

/s/ Michele T. Hatcher
Chapter 12 Trustee