IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE:                    )
JAMES WILSON MCMEANS, JR.,    )   CASE NO. 18-82525-CRJ12
                     )
SSN: XXX-XX-4589           )   CHAPTER 12
                     )
      Debtor.             )

## **RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

COMES NOW, James Wilson McMeans, Jr. ("Debtor"), and in response to the Trustee's Motion to Dismiss [Doc. 191], states as follows:

1.      Debtor's Third Amended Plan (the "Plan") [Doc 167] was filed and confirmed on June 12, 2019.

2.      The Plan proposes to initially pay sixty percent (60%) of "Net Plan Profit" of Debtor's farming operations, which would be Gross Income of Debtor, less costs of farming operations, secured and priority Plan payments, and cost of living for the Debtor and his family, annually for five (5) years. The remaining 40% will be used to pay taxes and capital needs of the farm. It was anticipated that the annual installment payments for Allowed Unsecured Claims would be $14,216.06. The annual installments are due by December 30th of each year, beginning December 2019.

3.      This amount was a forecasted estimate, not a fixed payment.

4.      However, due a limited harvest, this estimate was not reached in 2019.

5.      There are no Net Plan Profits to distribute the first annual plan payment installment. *See* Affidavit of James Wilson McMeans, Jr. attached here to as Exhibit A.

6.     The Trustee states that the annual installment payments are required in order to meet the liquidation analysis test.  The confirmation of this Plan was not conditioned upon a fixed payment to unsecured creditors.

7.     The Confirmation Order is final and non-appealable, and cannot now be collaterally attacked.  It is binding upon the Trustee.  *See* 11 U.S.C. § 1227(a).  Further, the Plan, having been confirmed more than 180 days ago, cannot be revoked.  *See* 11 U.S.C. § 1230.

WHEREFORE, premises considered, Debtor requests this Court to deny the Trustee's Motion to Dismiss, and to grant such other and further relief as this Court deems just and proper.

Respectfully submitted February 21, 2020.

/s/ Stuart M. Maples
STUART M. MAPLES
(ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com


## CERTIFICATE OF SERVICE

I do hereby certify that on February 21, 2020, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Michelle T. Hatcher
Chapter 12 Trustee
michele.hatcher@ch13decatur.com

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

All parties requesting notice via the Court's ECF system

/s/ Stuart M. Maples
STUART M. MAPLES

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| JAMES WILSON MCMEANS, JR., | ) | CASE NO. 18-82525-CRJ12 |
| | ) | |
| SSN: XXX-XX-4589 | ) | CHAPTER 12 |
| | ) | |
| Debtor. | ) | |

## AFFIDAVIT OF JAMES WILSON MCMEANS, JR.

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF LIMESTONE | ) |

BEFORE ME, the undersigned notary, personally appeared James Wilson McMeans, Jr., and stated as follows:

1. My name is James Wilson McMeans, Jr. I am over nineteen (19) years of age and competent to testify as to the matters stated herein.

2. Pursuant to my Chapter 12 Plan, I made a good faith estimate that I should be able to pay $14,216.06 to unsecured creditors from Net Plan Profits.

3. Due to limited funding, I had a limited harvest this year.

4. There are no Net Plan Profits to distribute the first annual plan payment installment.

Further affiant sayeth not.

_James Wilson McMeans, Jr._
JAMES WILSON MCMEANS, JR.

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF _Limestone_ | ) |

SWORN AND SUBSCRIBED TO before me this _20th_ day of _February_, 2020.

_Linnie N. Adams_
NOTARY PUBLIC
My commission expires: _9/14/2020_